UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                               :
**G & G CLOSED CIRCUIT EVENTS**                                :
**LLC**,                                                        :
                                                               :
                                    Plaintiff,                 :         21-cv-7351 (VSB)
                                                               :
                    -against-                                  :         **ORDER**
                                                               :
**Bertolini et al.**,                                          :
                                                               :
                                    Defendants.                :
                                                               :
------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        It is hereby ORDERED that in light of the public health crisis, the Court will not be

holding an initial pretrial conference.

        IT IS FURTHER ORDERED that, by November 12, 2021, the parties submit a joint

letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior mediation and/or settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any

dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, by November 12, 2021, the parties jointly submit to

the Court a proposed case management plan and scheduling order. A template for the order is

available at http://nysd.uscourts.gov/judge/Broderick. The status letter and the proposed case

management plan should be filed electronically on ECF, consistent with Section 13.1 of the

Court's Electronic Case Filing (ECF) Rules & Instructions, available at

https://nysd.uscourts.gov/rules/ecf-relatedinstructions.


SO ORDERED.

Dated:  October 27, 2021
        New York, New York

                                        Vernon S. Broderick
                                        United States District Judge