```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
G&G CLOSED CIRCUIT EVENTS LLC,            :   21cv7351 (DLC)
                                          :
                         Plaintiff,       :   ORDER
             -v-                          :
                                          :
ASHLEIGH BERTOLINI et al.,                :
                                          :
                         Defendants.      :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

This case has been reassigned to me for all purposes. On April 6, 2022, the above captioned case was referred to Magistrate Judge Barbara C. Moses for general pretrial purposes. It is hereby

ORDERED that the general pretrial referral is vacated.

Dated:   New York, New York
         August 26, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge