UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                    :       21cv7351 (DLC)
G&G CLOSED CIRCUIT EVENTS LLC,     :
                                      :        PRETRIAL
                     Plaintiff,    :   SCHEDULING ORDER
                                      :
           -v-                 :
                                      :
ASHLEIGH BERTOLINI et al.,       :
                    Defendants.  :
                                      :
---------------------------------------- X

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on November 3, 2022, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.    The following motion will be served by the dates indicated below.

    Defendants' Motion for Summary Judgment

    -    Motion served by **December 2, 2022**
    -    Opposition served by **December 21, 2022**
    -    Reply served by **January 13, 2023**

    At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Dated:    New York, New York
           November 4, 2022

                               _____
                                    DENISE COTE
                  United States District Judge