UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G & G Closed Circuit Events LLC,

Plaintiff,

vs.

Ashleigh Bertolini, individually, and GLO 718
Corp. d/b/a PARQ,

Defendants.

Index No. 21-cv-07351

DECLARATION OF ROB RICKNER

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1.     I am an attorney for Defendants and am fully familiar with the record and the proceedings had therein.

2.     Attached as Exhibit 1 is a true and accurate copy of the Summons and Complaint, including all Exhibits.

3.     Nothing in the Plaintiff's Federal Rule of Civil Procedure 26 initial disclosures or other discovery indicates that the Program was ever transmitted via satellite during the Program's journey from the arena to the Smart TV at PARQ. Plaintiff's Federal Rule of Civil Procedure 26 initial disclosures do not include a witness that has this information. Indeed, none of the documentation indicates whether DAZN even transmitted the Program to Defendants via satellite (or fiber optic cable) in the first place.

4.     Attached as Exhibit 2 is a true and accurate copy of the Initial Disclosures by Plaintiff.

Dated: December 2, 2022

_____/s/_____
Rob Rickner