Robert B. Hunter
Law Offices of M.L. Zager, P.C.
461 Broadway, PO Box 948
Monticello NY 12701
rhunter@mzager.com
Fax: 845-794-3919
Tel: 845-794-3660

Attorneys for Plaintiff
G & G Closed Circuit Events LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G & G Closed Circuit Events LLC <br><br> Plaintiff, <br><br> vs. <br><br> Ashleigh Bertolini, et al <br><br> Defendants. | Case No.: 1:21-cv-07351-VSB <br><br><br> **PLAINTIFF'S INITIAL DISCLOSURES** |

**TO THE PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, G & G Closed Circuit Events LLC hereby submit its Initial Disclosures of the principal known evidentiary bases for the claims asserted. Plaintiff makes these Disclosures based on the information reasonably available to it based on its investigation of the claims to date. Plaintiff reserves the right to supplement these Disclosures should additional information become available to Plaintiff.

A.    **Plaintiff's Proposed Witness List:**

1.    Nicolas Gagliardi, President, G & G Closed Circuit Events LLC
c/o Law Offices of M.L. Zager, P.C. 461 Broadway, PO Box 948 Monticello NY
12701

2.    Ashleigh Bertolini - Defendant
c/o Robert Howard Rickner of Rickner PLLC, 14 Wall Street, Suite 1603, New York,
NY 10005 & Shana Fried of The Fried Firm at 231 Front St. Ste 206 Brooklyn, NY
11201

3.    Persons Most Knowledgeable: GLO 718 Corp. - Defendant
c/o Robert Howard Rickner of Rickner PLLC, 14 Wall Street, Suite 1603, New York,
NY 10005 & Shana Fried of The Fried Firm at 231 Front St. Ste 206 Brooklyn, NY
11201

4.    Ashleigh Bertolini and GLO 718 Corp. who were working on the evening of
Saturday, May 4, 2019 , and the morning of Sunday, May 5, 2019 . (Defendant's
counsel to provide name, address, and work telephone number of each person.)

5.    All employees of GLO 718 Corp. an unknown business entity d/b/a PARQ who were
working on the evening of Saturday, May 4, 2019 , and the morning of Sunday, May
5, 2019 . (Defendant's counsel to provide name, address, and work telephone number
of each person.)

6.    All patrons of GLO 718 Corp. an unknown business entity d/b/a PARQ who were in
attendance on the evening of Saturday, May 4, 2019 , and the morning of Sunday,
May 5, 2019 . (Identity and address information to be supplied by the Defendant's
counsel

7.    Defendants' accountants and/or bookkeepers, either on Defendant's staff, or employed
by outside bookkeeping/accounting firms. (Defendant's counsel to provide name,
address, and business telephone number of each person.)

8.    The custodian of records from the local cable and/or satellite programming provider
servicing the Defendant's establishment on Saturday, May 4, 2019 . (Defendant's
counsel to provide name, address, and business telephone number of each provider.)
(Plaintiff's counsel will identify the custodian of records.)

9.    All inculpatory witnesses identified during discovery. (Identity and address
information to be supplied to Defendant's counsel as made available.)

10.   James M Emery Jr (Private Investigator) of Briecke, Inc., 53 Dellwood Court,
Westtown NY 10998.

11.     Owner/operator of New York License Plate Nos. NY REG HXH 5969, NY REG T774932C, NY REG HSU 4865 & NY REG GWB 9323

B.    **Documents Provided to Defendant for Copying and Inspection:**

1.     Affidavit, Facebook advertising, Photos and Video Surveillance from Auditor James M Emery Jr (Attached hereto, see Exhibit 1).

2.     Closed-Circuit Television License Agreement regarding Program (Attached hereto, see Exhibit 2).

3.     Closed-Circuit Rate Card regarding Program (Attached hereto, see Exhibit 3).

4.     Bout Sheet regarding Program (Attached hereto, see Exhibit 4).

5.     NYS Department of State Division of Corporation Entity Information for selected Entity Name: GLO 718 Corp. (Attached hereto, see Exhibit 5).

6.     New York State Liquor Authority Public Query - Results for Trade Name: GLO 718 Corp. an unknown business entity d/b/a PARQ (Attached hereto, see Exhibit 6).

7.     Web Google Research (Attached hereto, see Exhibit 7).

C.    **Computation of Damages:**

| | | | |
|---|---|---|---|
| a. | 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii): | $ | 110,000.00 |
| b. | 47 U.S.C. 553 (b)(2) and (c)(2)(c): | $ | 60,000.00 |
| c. | Attorneys' Fees: | | TO BE DETERMINED |
| d. | Costs: | | TO BE DETERMINED |
| | | Total: | TO BE DETERMINED |

## CERTIFICATION OF COUNSEL

To the best of my knowledge, information and belief, formed after an inquiry that is reasonable under the circumstances, the above Disclosures are complete and correct as of this date.

Date:    October 21, 2021

Respectfully submitted,

LAW OFFICES OF M.L. ZAGER, P.C.
By: Robert B. Hunter
Attorneys for Plaintiff
G & G Closed Circuit Events LLC