UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

G & G Closed Circuit Events LLC          Case No.: 1:21-cv-7351

          Plaintiff,

    vs.                **CERTIFICATE OF SERVICE**

Ashleigh Bertolini, individually and d/b/a
PARQ; and GLO 718 Corp., an
unknown business entity d/b/a PARQ

          Defendants.
-------------------------------------------------------X

I hereby certify under of the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that on September December 21, 2022, **PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT, RESPONSE TO RULE 56.1 STATEMENT OF MATERIAL FACTS, DECLARATION, EXHIBITS & OBJECTIONS TO DEFENDANTS EVIDENCE** were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules upon the following parties and participants:

Dated: December 21, 2022

          S/ Joseph P. Loughlin

          _____
          LAW OFFICES OF M.L. ZAGER, P.C.
          By: Joseph P. Loughlin
          *Attorneys for Plaintiff*
          461 Broadway, PO Box 948
          Monticello, NY 12701
          (845) 794-3660