UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
G&G CLOSED CIRCUIT EVENTS LLC,

                     Plaintiff,                   21 **CIVIL** 7351(DLC)

      -against-                         **JUDGMENT**

ASHLEIGH BERTOLINI, et al.,

                     Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2023, defendants' December 2, 2022 motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
          March 30, 2023

                                                     **RUBY J. KRAJICK**

                                                         Clerk of Court

                             **BY:**

                                                         **Deputy Clerk**